UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.
V.
Gehrt Kaiser

CITATION/CASE NO. 6:15-mj-86-MJS

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City   State   Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____                          _____
                                                Defendant's Signature

YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

(✓) Penalty **ASSESSMENT** of $ 10.00        ( ) **RESTITUTION** of $ 462.50

( ) **PROCESSING** Fee of $ _____          (✓) **FINE** of $ 315.00

for a **TOTAL AMOUNT** of $ 787.50 ,

paid within 90 days _____   OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B.

( ) REVIEW/ Post Sentencing HEARING DATE: _____ at _____ a.m./p.m. in Courtroom _____
( ) Compliance HEARING: _____ at _____ a.m./p.m. in Courtroom _____
( ) RESTITUTION / VICTIM information  To the National Park Service at P.O. Box 577, Yosemite, CA 95389

( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk Of Court.
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: Unsupervised Probation until fine and restitution is paid in full. Obey all laws, report any new law violations to the Court through counsel.

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

☐ CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

☐ CLERK U.S.D.C.
501 "I" St., #4-200
Sacramento, CA 95814

☒ CLERK U.S.D.C
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 10/7/2015                      _Michael J. Seng_
                                        U.S. MAGISTRATE JUDGE